**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YORDANI TELLEZ TORRES,<br><br>                                 Petitioner,<br><br>v.<br><br>JERE,Y CASEY, Warden, Imperial<br>Regional Detention Facility; et al.,<br><br>                                 Respondents. | Case No.:  26cv2650 DMS (VET)<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition stating they "concede[ ] that this Court should order that Petitioner receive an individualized bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  (Return at 1-2.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond.  The parties shall file a Joint Status Report within twenty-one

1

(21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED.**

Dated:  June 4, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2650 DMS (VET)